UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HEATHER CATHERINE TALLCHIEF ) <br> ) <br> Defendant. ) | 2:05-CR-413-PMP-GWF |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#21) on March 30, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: LOWERS AND ASSOCIATES
Amount of Restitution: $2,787,343.83

Name of Payee: LOOMIS FARGO
Amount of Restitution: $206,740.00

**Total Amount of Restitution ordered: $2,994,083.83**

Dated this ____1____ day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE